(145 App. Div. 421.)

### SCHEPPS v. JAPANESE FAN CO.

(Supreme Court, Appellate Division, First Department.   June 2, 1911.)

Appeal from Special Term, New York County.

Action by John Schepps against the Japanese Fan Company. From an order directing plaintiff to serve a further bill of particulars, he appeals. Reversed.

Argued before , INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Edward G. Delaney, for appellant.
Jacob Newman, for respondent.

McLAUGHLIN, J. This appeal is from an order denying a motion for a further bill of particulars. The appeal presents a question similar to the one presented in Schepps v. Japanese Fan Co., 145 App. Div. 418, 131 N. Y. Supp. 1015, and for the reasons stated in the opinion in that case the order here appealed from is reversed, with $10 costs and disbursements, and a motion for a further bill of particulars denied, with $10 costs. All concur.